IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REALTIME DATA LLC d/b/a IXO,

Plaintiff,

v.

BACKBLAZE, INC.,

Defendant.

No. C 19-01504 WHA

**ORDER DENYING MOTION TO DISMISS AS MOOT**

In lieu of responding to defendant Backblaze, Inc.'s motion to dismiss (Dkt. No. 18), plaintiff Realtime Data LLC filed a first amended complaint (Dkt. No. 36). Accordingly, the motion to dismiss is **DENIED AS MOOT**. No more motions may be filed without the Court's prior permission (*see* Dkt. No. 44 ¶ 1)

**IT IS SO ORDERED.**

Dated: June 21, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE