RUSS, AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
REALTIME DATA, LLC d/b/a IXO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO., <br><br> Plaintiff, <br><br> v. <br><br> BACKBLAZE, INC., <br><br> Defendant. | **Case No. 3:19-cv-01504-WHA** <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** |

The Court, having received the stipulated motion of Realtime Data, LLC ("Realtime) and Defendant Backblaze, Inc. ("Backblaze"), to dismiss this action without prejudice pursuant to Rule 41 of the Federal Rules of Civil procedure hereby ORDERS that this action, including all claims and counterclaims, is hereby dismissed without prejudice.

Dated: July 24, 2019.

_____
Honorable William Alsup
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE